UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| HECTOR SANCHEZ SANCHEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD J. TRUMP in his official capacity as )<br>President of the United States, et al., )<br>)<br>Respondents. ) | No. 2:25-cv-00553-JRS-MG |

**Order Directing Clerk to Issue Amended Final Judgment**

The Court granted Petitioner's petition for a writ of habeas corpus on November 26, 2025, and issued final judgment that same day. Dkts. 11, 12. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**So Ordered.**

Date: 1/21/2026

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel